UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KING RANGE, JR.,

                    Plaintiff,

-against-                                      No. 17-CV-149 (LAP)

230 WEST 41ST STREET LLC, et                         ORDER
al.,

                    Defendants.

---

LORETTA A. PRESKA, Senior United States District Judge:

        On December 15, 2020, the Court so ordered the parties'

stipulation staying the execution of its order of November 16,

2020, pending a final determination from the Court of Appeals on

Plaintiff's counsel's intended appeal of that order or counsel's

failure timely to take or perfect such an appeal.  (See dkt. no.

120.)  To date, however, no notice of appeal has been filed.

Accordingly, the parties shall confer and inform the Court by

letter no later than September 15, 2021 of the status of the

action.

**SO ORDERED.**

Dated:      September 8, 2021
            New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1