# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

January 26, 2022

VIA ECF
The Honorable Lorreta A. Preska
United States District Judge
United States District Court

Re:  *King Range v. 230 West 41st Street LLC and Hat Trick Pizza, Inc.*

**Docket: 1:17-cv-00149 (LAP)**

Dear Judge Preska:

We represent the plaintiff in the above-referenced matter. We write to respectfully ask the Court to extend the deadline to reopen this action from January 28, 2022 to February 28, 2022. This is the first application to extend the deadline and all the parties consent. The reason for this request is because the parties are close to finalizing the settlement agreement and require this additional time to do so. In the event that this application is denied, then plaintiff respectfully asks the Court to reopen the action. Thank you for your time and attention to this matter.

Respectfully submitted,

/s/
Glen H. Parker, Esq.

SO ORDERED
*[signature]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

1/26/22